IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL PONCE AGUIRRE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| vs. : | |
| : | 1:10-CV-1386-JEC |
| : | |
| UNITED STATES OF AMERICA, : | |
| WENDELL OLIVER HACKNEY, M.D.,: | |
| CLINICA DE LA MAMA, INC., : | |
| BRAD BOOTSTAYLOR, M.D., : | |
| ATLANTA PERINATAL : | |
| ASSOCIATES, P.C., : | |
| : | |
| Defendants. : | |

## NOTICE OF SUBSTITUTION FILED BY DEFENDANTS SWAPNA MADHAVAN AND GEORGIA HIGHLANDS MEDICAL SERVICES, INC.

Defendants Swapna Madhavan and Georgia Highlands Medical Services, Inc. hereby give notice of the substitution of the United States of America as a defendant in their place pursuant to 28 U.S.C. § 2679(d)(1). All future pleadings should not refer to Swapna Madhavan and Georiga Highlands Medical Services, Inc., but should refer to the United States of America as the defendant instead of those two defendants. This substitution is only on behalf of Swapna Madhavan and Georgia Highlands Medical Services, Inc, and the remaining defendants shall continue to be referred to as they are named above.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

S/ LISA D. COOPER
LISA D. COOPER
ASSISTANT U. S. ATTORNEY
Georgia Bar No. 186165

600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, Georgia  30303
404/581-6249 tel
404/581-6150 fax

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

/s Lisa D. Cooper
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 186165

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing <u>Notice of Substitution</u> with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Jeffrey R. Harris
>Darren W. Penn
>Stephen G. Lowry
>Harris Penn & Lowry, LLP
>The Biltmore, Suite 1105
>817 West Peachtree Street
>Atlanta, GA 30308
>
>Terrell W. Benton, III
>J. Dean Taylor
>Hall, Booth, Smith & Slover, P.C.
>191 Peachtree Street, N.E.
>Suite 2900
>Atlanta, GA 30303-1740
>
>Wayne D. McGrew III
>Spencer A. Bomar
>Carlock, Copeland & Stair, Llp
>2600 Marquis II Tower
>285 Peachtree Center Avenue
>Atlanta, GA 30303
>
>David Bryman
>Bryman & Clerke
>630 Village Trace, Building 15, Suite E
>Marietta, GA 30067

This 13th day of May, 2010.

                                  S/Lisa D. Cooper
                                  LISA D. COOPER
                                  Assistant U.S. Attorney