IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL PONCE AGUIRRE, Individually and as the Natural and Sole Surviving Parent of ANDREA C. BERMUDEZ (PONCE), Deceased, | : : : : : |
| Plaintiff, | : : |
| vs. | : CIVIL ACTION NO. : : 1:10-CV-1386-JEC : |
| UNITED STATES OF AMERICA, WENDELL OLIVER HACKNEY, M.D., CLINICA DE LA MAMA, INC., BRAD BOOTSTAYLOR, M.D., ATLANTA PERINATAL ASSOCIATES, P.C., | : : : : : : |
| Defendants. | : |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS**

NOW COMES defendant United States of America, by and through the United States Attorney for the Northern District of Georgia, and moves the Court for an order dismissing the case for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). The grounds for this motion are more particularly set forth in the accompanying memorandum of law.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


S/ LISA D. COOPER
LISA D. COOPER
ASSISTANT U. S. ATTORNEY
Georgia Bar No. 186165
600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, Georgia  30303
404/581-6249 tel
404/581-6150 fax