IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 09 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| RAFAEL PONCE AGUIRRE, INDIVIDUALLY AND AS THE NATURAL AND SOLE SURVIVING PARENT OF ANDREA C. BERMUDEZ (PONCE), HIS DECEASED DAUGHTER<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; WENDELL OLIVER HACKNEY, MD; CLINICA DE LA MAMA, INC.; BRAD BOOTSTAYLOR, MD; ATLANTA PERINATAL ASSOCIATES, P.C.; SWAPNA MADHAVAN, MD; AND GEORGIA HIGHLANDS MEDICAL SERVICES, INC.<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:10-CV-1386-JEC |

## ORDER REMANDING CASE

Plaintiff Rafael Ponce Aguirre, Individually And As The Natural And Sole Surviving Parent of Andrea C. Bermudez (Ponce), His Deceased Daughter, filed suit in the State Court of Fulton County against Wendell Oliver Hackney MD, Brad Bootstaylor MD, Swapna Madhavan MD, Clinica De La Mama, Inc., Atlanta Perinatal Associates, P.C. and Georgia Highlands Medical Services, Inc.

The United States of America removed this action to this Court and substituted itself as a party defendant on behalf of Dr. Madhavan and Georgia Highlands Medical Services, Inc.

Since Plaintiff's claims against the United States of America have been dismissed without prejudice, this Court no longer has jurisdiction over Plaintiff's remaining claims against Wendell Oliver Hackney MD, Brad Bootstaylor MD, Clinica De La Mama, Inc., and Atlanta Perinatal Associates, P.C.

The Consent Motion to Remand is hereby GRANTED and this action is REMANDED to the State Court of Fulton County State of Georgia.

SO ORDERED, this 9 day of June, 2010.

_____
THE HONORABLE JULIE E. CARNES
Judge, U. S. District Court, Northern
District of Georgia, Atlanta Division

Order Consented To and Prepared by:
HARRIS PENN & LOWRY, LLP.
Darren W. Penn
State Bar No. 571322
Jed D. Manton
State Bar No. 868587
Attorneys for Plaintiff