# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN** | **CIVIL SECTION** |
| **CLERK OF COURT** | 404-215-1655 |

June 10, 2010

Mike N. Harper, Clerk
State Court of Fulton County
185 Central Avenue, Room TG-100
Atlanta, GA 30303

    Re:    *Aguirre v. Hackney, et al.*
            Your Case Number: 10EV009572H

Dear Mr. Harper:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                              Sincerely,

                              James N. Hatten
                              Clerk of Court

                    By:    *s/Frances K. Pinckney*
                              Deputy Clerk

Enclosure