IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 16 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| RAFAEL PONCE AGUIRRE, INDIVIDUALLY AND AS THE NATURAL AND SOLE SURVIVING PARENT OF ANDREA C. BERMUDEZ (PONCE), HIS DECEASED DAUGHTER<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; WENDELL OLIVER HACKNEY, MD; CLINICA DE LA MAMA, INC.; BRAD BOOTSTAYLOR, MD; ATLANTA PERINATAL ASSOCIATES, P.C.; SWAPNA MADHAVAN, MD; AND GEORGIA HIGHLANDS MEDICAL SERVICES, INC.<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:10-CV-1386-JEC |

## ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST THE UNITED STATES OF AMERICA WITHOUT PREJUDICE

Plaintiff Rafael Ponce Aguirre, Individually And As The Natural And Sole Surviving Parent Of Andrea C. Bermudez (Ponce), His Deceased Daughter, filed suit in the State Court of Fulton County against Wendell Oliver Hackney MD, Brad Bootstaylor MD, Swapna Madhavan MD, Clinica De La Mama, Inc., Atlanta Perinatal Associates, P.C. and Georgia Highlands Medical Services, Inc.

The United States of America removed this action to this Court and substituted itself as a party defendant on behalf of Dr. Madhavan and Georgia Highlands Medical Services, Inc. The United States of America then moved to dismiss Plaintiff's claims against it.

The United States of America's Motion is hereby GRANTED and Plaintiff's claims against the United States of America are hereby dismissed without prejudice for the failure of Plaintiff to present a claim pursuant to 28 U.S.C. § 2675(a). Pursuant to 28 U.S.C. § 2679(d)(5), Plaintiff has 60 days from the date of dismissal to present his claim to the appropriate Federal agency.

Plaintiff's claims against Wendell Oliver Hackney MD, Brad Bootstaylor MD, Clinica De La Mama, Inc., and Atlanta Perinatal Associates, P.C remain pending.

SO ORDERED, this ___8___ day of ___June___, 2010. (nunc pro tunc)

_____
THE HONORABLE JULIE E. CARNES
Judge, U. S. District Court, Northern
District of Georgia, Atlanta Division

Order Consented To and Prepared by:
HARRIS PENN & LOWRY, LLP.
Darren W. Penn
State Bar No. 571322
Stephen G. Lowry